**George E. MCCLAIN, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

**Patricia L. GAY, Petitioner,**

v.

**DEPARTMENT OF JUSTICE,**
Respondent.

No. 06–3055.

United States Court of Appeals, Federal Circuit.

March 30, 2006.

Patricia L. Gay, pro se.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit

No. 2006–3183.

United States Court of Appeals, Federal Circuit.

March 31, 2006.

ORDER

Order Vacated, See 2006 WL 1072031.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.